**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Neil Alve Doane                                              Case No. 25-50215-KMS
        Patricia Ann Doane, Debtor(s)                                             CHAPTER 7

**NOTICE OF CHANGE OF ADDRESS FOR DEBTOR**

Please take notice that the new mailing address for the below Debtor(s) is:

**New Mailing Address:**                2659 E Gulf to Lake Hwy
                                        Inverness, Fl 34453

Date:  April 29, 2025

                                        /s/ Thomas C. Rollins, Jr.
                                        Attorney for Debtor


Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

                                        /s/ Thomas C. Rollins, Jr.
                                        Attorney for Debtor


Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533